## McGlathery's Estate

Before Henderson, Van Dusen, Stearne and Sinkler, JJ.

68

*Frank Bechtel, Jr.,* for exceptant.

*Maurice Heckscher* and *Kenneth H. Lanning,* contra.

VAN DUSEN, J., January 20, 1933.—The exceptions are dismissed for the reasons given by the learned auditing judge. Nothing can profitably be added that will elucidate the grounds of his conclusions, which are fully and admirably set forth in his adjudication, which is confirmed absolutely.